IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: | Reed, Karl Douglas | Case Number: 04 B 12384 |
|---|---|---|
| | Reed, Tina Louise | Judge: Hollis, Pamela S |
| | Printed: 10/29/08 | Filed: 3/30/04 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Completed: October 10, 2008
Confirmed: August 23, 2004

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---|---|
| | 99,553.16 | |
| Secured: | | 82,514.21 |
| Unsecured: | | 8,534.05 |
| Priority: | | 0.00 |
| Administrative: | | 2,200.00 |
| Trustee Fee: | | 5,366.24 |
| Other Funds: | | 938.66 |
| Totals: | 99,553.16 | 99,553.16 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Peter F Geraci | Administrative | 2,200.00 | 2,200.00 |
| 2. | Crown Mortgage Company | Secured | 45,878.14 | 43,996.08 |
| 3. | Green Tree Finance Serv Corp | Secured | 21,671.17 | 20,798.07 |
| 4. | Crown Mortgage Company | Secured | 1,035.30 | 1,035.30 |
| 5. | Franklin Credit Management Corporation | Secured | 8,999.13 | 8,999.13 |
| 6. | Ford Motor Credit Corporation | Secured | 2,175.24 | 2,175.24 |
| 7. | Green Tree Finance Serv Corp | Secured | 5,510.39 | 5,510.39 |
| 8. | Crown Mortgage Company | Unsecured | 395.00 | 395.00 |
| 9. | Resurgent Capital Services | Unsecured | 1,837.35 | 1,837.35 |
| 10. | City Of Chicago Dept Of Revenue | Unsecured | 1,365.00 | 1,365.00 |
| 11. | Premier Bankcard | Unsecured | 616.07 | 616.07 |
| 12. | ECast Settlement Corp | Unsecured | 1,353.50 | 1,353.50 |
| 13. | Capital One | Unsecured | 845.61 | 845.61 |
| 14. | Resurgent Capital Services | Unsecured | 1,962.30 | 1,962.30 |
| 15. | Franklin Credit Management Corporation | Unsecured | 159.22 | 159.22 |
| 16. | Fingerhut Corporation | Unsecured | | No Claim Filed |
| 17. | South Suburban Hospital | Unsecured | | No Claim Filed |
| 18. | Quest Diagnostics Inc | Unsecured | | No Claim Filed |
| 19. | Ingalls Memorial Hospital | Unsecured | | No Claim Filed |
| 20. | Quest Diagnostics Inc | Unsecured | | No Claim Filed |
| 21. | Quest Diagnostics Inc | Unsecured | | No Claim Filed |
| 22. | Columbia House | Unsecured | | No Claim Filed |
| 23. | South Suburban Hospital | Unsecured | | No Claim Filed |
| 24. | Quest Diagnostics Inc | Unsecured | | No Claim Filed |
| 25. | T Todd Horak | Unsecured | | No Claim Filed |
| 26. | South Suburban Hospital | Unsecured | | No Claim Filed |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE: Reed, Karl Douglas
Reed, Tina Louise
Printed: 10/29/08

Case Number: 04 B 12384
Judge: Hollis, Pamela S
Filed: 3/30/04

## DISBURSEMENT DETAIL

| Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|
| | | $ 96,003.42 | $ 93,248.26 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 6.5% | 1,493.54 |
| 4% | 271.60 |
| 3% | 165.99 |
| 5.5% | 1,005.61 |
| 5% | 302.69 |
| 4.8% | 543.55 |
| 5.4% | 1,583.26 |
| | $ 5,366.24 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

